# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-96
LT Case No. 2019-CF-2840

_____

SHAWN EDWARDS SIEBERG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender, and Richard M. Bracey, III,
Special Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General and Zac Lawton, Assistant
Attorney General, Tallahassee, for Appellee.

February 20, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____